**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Matthew** | **Joe** | **Mahone** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leigh** | **Ann** | **Mahone** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number (*If known*): _____

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders**

**Unsecured Claim**

**1** | **Caterpillar Financial Services Corporation**
Creditor's Name

**2120 West End Ave**
Number   Street

**Nashville**   **TN**   **37203-5341**
City   State   Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? Other: _____   $ **7,279,663.45**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:   − $ _____
    Unsecured claim:   $ _____

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1 of 6

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1  **Matthew**   **Joe**   **Mahone**   Case number *(if known)* _____
           First Name   Middle Name   Last Name

---

**2**

**Small Business Administration**
Creditor's Name

**150 Westpark Way, Suite 130**
Number    Street

**Euless**              **TX**   **76040**
City                    State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** Other: _____    $ **1,071,470.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
   Value of security:                       − $ _____
   Unsecured claim                            $ _____

---

**3**

**Simmons Bank**
Creditor's Name

**PO Box 733**
Number    Street

                         **TX**   **38281-0733**
City                     State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** _____    $ **900,000.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
   Value of security:                       − $ _____
   Unsecured claim                            $ _____

---

**4**

**Texas Workforce Commission**
Creditor's Name

**Office of Attorney General**
**BK/Collections**
**P.O. BOX 12548, MC008**
Number    Street

**Austin TX**            **78711-2548**
City          State      Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** Taxes and certain other debts you owe the government    $ **355,035.53**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
   Value of security:                       − $ _____
   Unsecured claim                            $ _____

---

Debtor 1  **Matthew** **Joe** **Mahone** _____ Case number *(if known)* _____
         First Name   Middle Name   Last Name

---

**5**

**Stonemark Inc**
Creditor's Name

**8501 Wade Blvd**
**Ste 620**
Number    Street

**Frisco**    **TX**   **75034-6268**
City        State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other:** _____    $   **260,611.53**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):        $ _____
        Value of security:              − $ _____
        Unsecured claim                  $ _____

---

**6**

**Danco Enterprise Inc**
Creditor's Name

**212 W. Broadway Ste. 2**
Number    Street

**Hobbs**    **NM**   **88240**
City        State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other:** _____    $   **242,583.79**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):        $ _____
        Value of security:              − $ _____
        Unsecured claim                  $ _____

---

**7**

**BPW Law Firm**
Creditor's Name

**105 N State St, Suite 105B**
Number    Street

**Decatur**   **TX**   **76234-1459**
City        State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other:** _____    $   **201,519.61**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):        $ _____
        Value of security:              − $ _____
        Unsecured claim                  $ _____

---

Debtor 1  **Matthew** **Joe** **Mahone**  Case number *(if known)* _____
First Name  Middle Name  Last Name

---

**8**

**LeBoeuf Law PLLC**
Creditor's Name

**325 N. St. Paul St.**
**Ste 3400**
Number     Street

**Dallas**        **TX**  **75201-3818**
City          State  Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other:** _____  $ **194,623.75**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:        − $ _____
       Unsecured claim             $ _____

---

**9**

**United Healthcare Insurance Company**
Creditor's Name

**Attn: CDM/Bankruptcy**
**185 Asylum Street - 03B**
Number     Street

**Hartford**     **CT**  **06103-3408**
City          State  Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other:** _____  $ **186,726.90**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:        − $ _____
       Unsecured claim             $ _____

---

**10**

**Goliad County Tax Assessor**
Creditor's Name

**PO Box 800**
Number     Street

**Goliad**         **TX**
City          State  Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other:** _____  $ **155,143.73**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):   $ _____
       Value of security:        − $ _____
       Unsecured claim             $ _____

---

Debtor 1  **Matthew**  **Joe**  **Mahone**  Case number *(if known)* _____
First Name  Middle Name  Last Name

---

**11**

**Komatsu Southwest**
Creditor's Name

**PO BOX 842326**
Number  Street

_____  **75284-2326**
City  State  Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** Other: _____  $ **150,994.83**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:  − $ _____
    Unsecured claim    $ _____

---

**12**

**NCMIC Finance Corporation**
Creditor's Name

**PO Box 9118**
Number  Street

**Des Moines**  **IA**  **50306-9118**
City  State  Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** Other: _____  $ **95,609.55**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:  − $ _____
    Unsecured claim    $ _____

---

**13**

**LocusView Solutions Inc**
Creditor's Name

**PO Box 74008871**
Number  Street

**Chicago**  **IL**  **60674-8871**
City  State  Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** Other: _____  $ **85,598.10**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:  − $ _____
    Unsecured claim    $ _____

---

Debtor 1 **Matthew          Joe           Mahone**                     Case number *(if known)*
  First Name  Middle Name  Last Name

**14** | **Oklahoma Tax Commission** | What is the nature of this claim? **Other:** | $ **82,153.51**
Creditor's Name

**Attn: Legal**
**PO Box 269056**
Number  Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Oklahoma City OK 73126-9056**
City  State Zip Code

Contact

Contact phone

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $ _____
    Value of security: − $ _____
    Unsecured claim $ _____

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ **/s/ Matthew Joe Mahone**    ✗ **/s/ Leigh Ann Mahone**
Signature of Debtor 1    Signature of Debtor 2

Date **«Form101.BankruptcyDebtor.PrimaryExecuted»**  Date **10/1/2024**
 MM/DD/YYYY      MM/DD/YYYY